# Exhibit A

Civil Action Cover Sheet - Case Initiation                    (05/27/16) CCL 0520

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

BRIAN CONGDON and LINDA CONGDON

v.

CHEAPCARIBBEAN.COM, INC., et al.

No.   2017L005849
      CALENDAR/ROOM X
      TIME 00:00
      PI Motor Vehicle

## CIVIL ACTION COVER SHEET - CASE INITIATION

A Civil Action Cover Sheet - Case Initiation shall be filed with the complaint in all civil actions. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please check the box in front of the appropriate case type which best characterizes your action. Only one (1) case type may be checked with this cover sheet.

Jury Demand ❑ Yes ■ No

(FILE STAMP)

[FILED-2 stamp: DOROTHY BROWN, CLERK, CIRCUIT COURT OF COOK COUNTY, ILLINOIS, LAW DIVISION, 2017 JUN -9 AM 8:56]

### PERSONAL INJURY/WRONGFUL DEATH
CASE TYPES:
- ■ 027  Motor Vehicle
- ❑ 040  Medical Malpractice
- ❑ 047  Asbestos
- ❑ 048  Dram Shop
- ❑ 049  Product Liability
- ❑ 051  Construction Injuries
       (including Structural Work Act, Road
       Construction Injuries Act and negligence)
- ❑ 052  Railroad/FELA
- ❑ 053  Pediatric Lead Exposure
- ❑ 061  Other Personal Injury/Wrongful Death
- ❑ 063  Intentional Tort
- ❑ 064  Miscellaneous Statutory Action
       (Please Specify Below**)
- ❑ 065  Premises Liability
- ❑ 078  Fen-phen/Redux Litigation
- ❑ 199  Silicone Implant

### TAX & MISCELLANEOUS REMEDIES
CASE TYPES:
- ❑ 007  Confessions of Judgment
- ❑ 008  Replevin
- ❑ 009  Tax
- ❑ 015  Condemnation
- ❑ 017  Detinue
- ❑ 029  Unemployment Compensation
- ❑ 031  Foreign Transcript
- ❑ 036  Administrative Review Action
- ❑ 085  Petition to Register Foreign Judgment
- ❑ 099  All Other Extraordinary Remedies

By: _____
      (Attorney)                        (Pro Se)

### COMMERCIAL LITIGATION
CASE TYPES:
- ❑ 002  Breach of Contract
- ❑ 070  Professional Malpractice
       (other than legal or medical)
- ❑ 071  Fraud (other than legal or medical)
- ❑ 072  Consumer Fraud
- ❑ 073  Breach of Warranty
- ❑ 074  Statutory Action
       (Please specify below.**)
- ❑ 075  Other Commercial Litigation
       (Please specify below.**)
- ❑ 076  Retaliatory Discharge

### OTHER ACTIONS
CASE TYPES:
- ❑ 062  Property Damage
- ❑ 066  Legal Malpractice
- ❑ 077  Libel/Slander
- ❑ 079  Petition for Qualified Orders
- ❑ 084  Petition to Issue Subpoena
- ❑ 100  Petition for Discovery

** _____
   _____

Primary Email: Steve@siglaw.com

Secondary Email: _____

Tertiary Email: _____

<u>**Pro Se Only:**</u> ❑ I have read and agree to the terms of the *Clerk's Office Electronic Notice Policy* and choose to opt in to electronic notice form the Clerk's Office for this case at this email address: _____

## DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

| 2120 - Served | 2121 - Served |
|---|---|
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| Summons - Alias Summons | (01/25/17) CCG N001 |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

BRIAN CONGDON and LINDA CONGDON
_____
(Name all parties)

v.

CHEAPCARIBBEAN.COM, INC., et al.
_____

No. _____

```
2017L005849
CALENDAR/ROOM X
TIME 00:00
PI Motor Vehicle
```

Please Serve: Apple Vacations, LLC
c/o Agent National Corporate Research
600 South 2nd Street, Suite 404
Springfield, IL 62704

## ◉ SUMMONS ○ ALIAS SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

- ☑ Richard J. Daley Center, 50 W. Washington, Room _____, Chicago, Illinois 60602
- ☐ District 2 - Skokie
  5600 Old Orchard Rd.
  Skokie, IL 60077
- ☐ District 3 - Rolling Meadows
  2121 Euclid
  Rolling Meadows, IL 60008
- ☐ District 4 - Maywood
  1500 Maybrook Dr.
  Maywood, IL 60153
- ☐ District 5 - Bridgeview
  10220 S. 76th Ave.
  Bridgeview, IL 60455
- ☐ District 6 - Markham 16501
  S. Kedzie Pkwy. Markham,
  IL 60428
- ☐ Child Support: 50 W.
  Washington, LL-01,
  Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

## IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☑ Atty. No.: 16131

Name: Steven A. Sigmond

Atty. for: Plaintiffs

Address: 345 North Canal Street, Suite 1208

City/State/Zip Code: Chicago, Illinois 60606

Telephone: (312) 258-8188

Primary Email: Steve@siglaw.com

Secondary Email: Steve@siglaw.com

Tertiary Email: _____

Witness: _____

DOROTHY BROWN JUN 9 2017

DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person)

**Service by Facsimile Transmission will be accepted at:

_____
(Area Code)   (Facsimile Telephone Number)

DOROTHY BROWN
CLERK OF CIRCUIT COURT

SEAL

## DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Page 1 of 1

#2738                                                                                      #16131

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

BRIAN CONGDON and LINDA CONGDON,      )
                                       )
                  Plaintiffs,          )
                                       )
        v.                             )
                                       )
CHEAPCARIBBEAN.COM, INC., a foreign    )
corporation; APPLE LEISURE             )
CORPORATION, d/b/a APPLE LEISURE       )        No.
GROUP, a foreign corporation;          )
APPLE VACATIONS, LLC, a foreign        )
corporation; and AMSTAR DESTINATION    )
MANAGEMENT CORPORATION, S.A.,          )
a/k/a AMSTAR DMC, a foreign corporation,)
                                       )
                  Defendants.          )

2017L005849
CALENDAR/ROOM X
TIME 00:00
PI Motor Vehicle

## COMPLAINT

NOW COME the plaintiffs, BRIAN CONGDON and LINDA CONGDON, by and through their

attorney, STEVEN A. SIGMOND, and complaining against the defendants,

CHEAPCARIBBEAN.COM, INC., a foreign corporation; APPLE LEISURE CORPORATION, d/b/a

APPLE LEISURE GROUP, a foreign corporation; APPLE VACATIONS, LLC, a foreign corporation;

and AMSTAR DESTINATION MANAGEMENT CORPORATION, S.A., a/k/a AMSTAR DMC, a

foreign corporation, state the following:

## GENERAL ALLEGATIONS

1.      On June 11, 2015, and at all other times relevant hereto, Brian Congdon was an

individual residing in Council Bluffs, Iowa.

2.      On June 11, 2015, and at all other times relevant hereto, Linda Congdon was an

individual residing in Council Bluffs, Iowa.

3.      On June 11, 2015, and at all other times relevant hereto, CheapCaribbean.com, Inc.

1

was a Delaware corporation with headquarters in Doylestown, Pennsylvania, engaged in the business of selling all-inclusive travel packages, including internet and telephone sales in all 50 states, and as such, was and is doing business in Cook County, Illinois.

4.      On June 11, 2015, and at all other times relevant hereto, Apple Vacations, LLC was and is a Delaware corporation with headquarters in Newtown Square, Pennsylvania, doing business as Apple Vacations and registered with the Illinois Secretary of State and engaged in the business of selling all-inclusive vacation packages via the internet and telephone, and as such, was and is doing business in all 50 states, including in Cook County, Illinois.

5.      On June 11, 2015, and at all other times relevant hereto, Defendant Apple Leisure Corporation, d/b/a Apple Leisure Group, was and is a Delaware corporation with headquarters in Newtown Square, Pennsylvania, engaged in the business of selling all-inclusive travel packages via the internet and telephone sales, and as such, was and is doing business in all 50 states, including in Cook County, Illinois.

6      On June 11, 2015, and at all other times relevant hereto, Amstar Destination Management Corporation, S.A. was a foreign corporation, holding itself out as an international destination management corporation doing business in the United States, Mexico, Dominican Republic, Jamaica and Costa Rica, and advertising destination management services and selling such services via the internet and telephone sales in all 50 states, and as such, was and is doing business in all 50 states, including in Cook County, Illinois.

7.      On or about March 6, 2015, an all-inclusive travel package to Mexico was purchased by Plaintiffs through a telephone representative of Defendant, CheapCaribbean.com, Inc.

8.      The all-inclusive travel package sold to Linda Congdon and Brian Congdon by CheapCaribbean.com, Inc. included round-trip airfare from Omaha, Nebraska to Cancun, Mexico, ground transportation from the Cancun airport to the Catalonia Rivera Maya Resort and a 5-day, 4-

2

night stay at the resort from June 10, 2015 through June 14, 2015.

9.      CheapCaribbean.com, Inc., Amstar Destination Management Company, S.A., and Apple Vacations, LLC are operating subsidiaries of Defendant Apple Leisure Corporation, d/b/a Apple Leisure Group.

10.     Apple Leisure Group holds itself out as a vertically integrated travel and hospitality conglomerate focused on packaged travel. It also holds itself out as overseeing its tour operator, Apple Vacations; its online travel agency, CheapCaribbean.com; as well as its destination management company, Amstar DMC.

11.     In booking the vacation, Brian Congdon and Linda Congdon received representations over the telephone that they were purchasing an all-inclusive travel package from Apple Vacations, that they would be greeted at the airport by blue-shirted Apple Vacation representatives, and that they could trust that they would be brought safely from the airport to the resort by the blue-shirted Apple Vacation representatives.

12.     Plaintiffs Brian Congdon and Linda Congdon received written instructions that they would be greeted by "official Amstar representatives who will be wearing the royal blue shirts with an Amstar symbol and will be holding CheapCaribbean.com signs."

13.     Plaintiffs relied upon these assurances and representations of an all-inclusive Apple Vacation travel package in booking, paying for and proceeding with their 30th anniversary vacation trip to Mexico on or about June 10, 2015.

## COUNT I
## NEGLIGENCE AGAINST ALL DEFENDANTS

14-26. Repeats and re-alleges the allegations of paragraphs 1-12, incorporating them by reference.

27.     Upon arriving at the Cancun Airport, Plaintiffs Brian Congdon and Linda Congdon

3

were greeted by blue-shirted representatives whom they identified with Apple Vacations, CheapCaribbean.com and Amstar. The representatives wore blue shorts of the kind seen on the Apple Vacations website, with the Amstar logo on the shirt and CheapCaribbean.com signs in hand.

28.     Plaintiffs Brian Congdon and Linda Congdon did board the motor vehicle transport operated by an employee and agent of Amstar after arriving at the Cancun Airport, shortly before midnight on June 10, 2015.

29.     Based upon the representations made and the position of Amstar as a subsidiary in a vertically integrated, all-inclusive travel conglomerate, the Amstar driver was operating as an agent, not only for Amstar, but also for Defendants Apple Vacations, LLC; Apple Leisure Corporation, d/b/a Apple Leisure Group; and CheapCaribbean.com, Inc.

30.     Although the evening was rainy, the Amstar driver drove the transport van at a high rate of speed. Brian and Linda repeatedly requested that he slow down; however, the driver ignored these requests.

31.     En route from the Cancun Airport to the specified resort, said driver owed the duty of a common carrier to exercise the highest degree of care and caution in the operation of the motor vehicle.

32.     In violation of the aforesaid duty, said driver was there and then guilty of one or more of the following negligent acts or omissions:

      a.    Carelessly and negligently drove too fast for conditions;

      b.    Carelessly and negligently operated said motor vehicle at unsafe and reckless speeds;

      c.    Carelessly and negligently failed to heed warnings and requests from both passengers to slow down;

4

> d.  Carelessly and negligently failed to maintain proper control of said vehicle;
>
> e.  Carelessly and negligently failed to keep said motor vehicle within the lanes of travel;
>
> f.  Carelessly and negligently failed to keep said vehicle on he designated roadway; and
>
> g.  Was otherwise careless and negligent in the operation of aforesaid motor vehicle.

33.  As a direct and proximate result of one or more of the foregoing negligent acts or omissions, said driver drove the motor vehicle off the roadway, crashed it into a stationary building off the road.

34.  As a result of the foregoing, Plaintiff Brian Congdon has been injured.  He has suffered pain, suffering, disability, disfigurement, loss of income, loss of a normal life, and medical expenses, and he will continue to suffer these damages in the future.

WHEREFORE, the plaintiff, BRIAN CONGDON, prays this Honorable Court enter damages in a sum sufficient to compensate him for the aforesaid injuries, which sum is well in excess in the jurisdictional limit of $30,000.00, plus costs.

## COUNT II
## LINDA CONGDON

35-68. Repeats and re-alleges the allegations of paragraphs 1-31, incorporating them by reference.

69.  As a result of the foregoing, Plaintiff Linda Congdon has been injured.  She has suffered pain, suffering, disability, disfigurement, loss of income, loss of a normal life, and medical expenses, and she will continue to suffer these damages in the future.

WHEREFORE, the plaintiff, LINDA CONGDON, prays this Honorable Court enter damages

5

in a sum sufficient to compensate her for the aforesaid injuries, which sum is well in excess in the jurisdictional limit of $30,000.00, plus costs.

**COUNT III**
**VICARIOUS LIABILITY AND APPARENT AGENCY AGAINST ALL DEFENDANTS**

70-138. Repeats and re-alleges the allegations of paragraphs 1-63, incorporating them by reference.

139. Defendant Apple Vacations, LLC, d/b/a Apple Vacations, holds itself out as "America's favorite vacation company." On its website, Defendant Apple Vacations, LLC boasts that "your all-inclusive Apple Vacation includes round-trip airfare, hotel accommodations, round-trip airport transfers and the services of an in-resort Apple representative." The Apple website includes a picture of a blue-shirted representative bearing an Amstar logo on the blue shirt. The Apple Vacation website also includes a picture of an Amstar transport vehicle and boasts, "unlike others who charge hundreds, our packages include transfers."

140. Through the Amstar website, Defendant Amstar Destination Management Corporation, S.A. holds itself out as a destination management company dedicated to providing world class destination services and inspiring travel experiences. The Amstar website states, "Amstar DMC is a division of the Apple Leisure Group (ALG) – the leading seller of all-inclusive vacation packages in the U.S." The website contains the logos of Apple Vacations and CheapCaribbean.com as well. The website also boasts of "the unparalleled reach of Apple Vacations... and CheapCaribbean.com..."

141. The website of Apple Leisure Group contains the logos of Apple Vacations, CheapCaribbean.com and Amstar. Apple Leisure Group holds itself out as "the nation's only hospitality company possessing a vertically integrated business model." The website further boasts "the unparalleled reach of Apple Vacations... and CheapCaribbean.com."

6

142.   Verbal representations from the CheapCaribbean.com telephone representative led Plaintiffs to believe that they were purchasing an all-inclusive Apple Vacation package that included safe and reliable ground transportation through blue-shirted Apple Vacation representatives.

143.   Defendants intentionally and by the lack of ordinary care, allowed Plaintiff Brian Congdon and Linda Congdon to believe that the blue-shirted Amstar representatives, including the driver, were agents of Apple Vacations, Apple Leisure Group and CheapCaribbean.com, Inc., as well as Amstar.

144.   If no actual agency relationship existed, then a reasonable appearance of agency was created through all representations, as well as pictures and verbiage contained on the websites and the blue shirts worn by the Amstar employees that were seen on the Apple Vacation websites.

145.   Plaintiffs Brian Congdon and Linda Congdon reasonably believed based upon the representations made and received that the blue-shirted representative and driver were actual agents of Defendants CheapCaribbean.com, Inc., Apple Vacations, LLC and Apple Leisure Corporation, d/b/a Apple Leisure Group.

146.   Plaintiffs Brian Congdon and Linda Congdon acted in reliance upon their good-faith beliefs in purchasing the all-inclusive vacation package that included transport and in going ahead with the transport, boarding the motor vehicle and allowing themselves to be placed in the care of the driver.

147.   As a direct and proximate result of one or more of the aforesaid intentional or negligent representations of Defendants, Plaintiffs boarded the ground transportation, and as a proximate result thereof, were injured by the negligence of the driver.

148.   Defendants' written and verbal representations require that each of the defendants be estopped from denying responsibility for the negligent acts of Amstar Destination Management Corporation and its driver in causing injuries to the Plaintiffs and held vicariously liable for all such

7

damages.

WHEREFORE, Plaintiffs Brian Congdon and Linda Congdon pray for judgments in their favor in a sum sufficient to compensate each of the for their aforesaid respective injuries, which sum is greater than the jurisdictional limits of $30,000.00 each.

**COUNT IV**
**COMMON LAW FRAUD**

149-296.    Repeats and re-alleges the allegations of paragraphs 1-138, incorporating them by reference.

297.    Defendant CheapCaribbean.com, by and through its telephone representatives, held itself out as the seller of all-inclusive Apple Vacation packages, including safe and reliable transport from the airport to the resort.

298.    Defendant Apple Leisure Corporation, d/b/a Apple Leisure Group, held itself out as a unique, vertically integrated travel business, which included Apple Vacations, CheapCaribbean.com and Amstar DMC as its subsidiaries.

299.    Defendant Apple Vacations held itself out as an integrated travel company providing safe and reliable ground transport through blue-shirted representatives bearing the Amstar logo on the shirt and the CheapCaribbean.com sign in hand.

300.    Defendant Amstar Destination Management Corporation, S.A. held itself out as an international company doing business in the United States and as part of an integrated travel company that could be relied upon for safe transport.  Defendants and each of them acted with willful deceit in making such representations with full knowledge and anticipation that liability, agency, responsibility and any interconnection between organizations would be denied in the event that a personal injury lawsuit was filed.

301.    Plaintiffs Brian Congdon and Linda Congdon reasonably relied on the representations

8

deceitfully made of each defendant in believing that they were purchasing an all-inclusive vacation package, including reliable and safe ground transportation from an integrated travel company doing business within all 50 states.

302.   Plaintiffs Brian Congdon and Linda Congdon have suffered financial consequences, including medical bills, lost wages, as well as noneconomic damages as a consequence of their reliance upon the willfully deceitful representations of each of the defendants.

WHEREFORE, Plaintiffs Brian Congdon and Linda Congdon pray this Honorable Court award damages in a sum sufficient to compensate them for the aforesaid damages, which sum is greater than the jurisdictional limit of $30,000.00 each.

Respectfully submitted:
BRIAN CONGDON and LINDA CONGDON

By:_____
Steven A. Sigmond
Attorney for Plaintiffs

#16131
Attorney for Plaintiffs
Steven A. Sigmond
Law Offices of Steven A. Sigmond
345 North Canal Street, Suite 1208
Chicago, Illinois 60606
(312) 258-8188

9

| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| Summons - Alias Summons | |

(01/25/17) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

BRIAN CONGDON and LINDA CONGDON

(Name all parties)

v.

CHEAPCARIBBEAN.COM, INC., et al.

2017L005849
CALENDAR/ROOM X
TIME 00:00
PI Motor Vehicle

No._____

Please Serve: Apple Leisure Corporation
c/o Agent USA Corporate Services, Inc.
3500 S. Dupont Highway
Dover, DE 19901

### ⊙ SUMMONS ○ ALIAS SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room _____, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Dr.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham 16501
S. Kedzie Pkwy. Markham,
IL 60428

☐ Child Support: 50 W.
Washington, LL-01,
Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☑ Atty. No.: 16131

Name: Steven A. Sigmond

Atty. for: Plaintiffs

Address: 345 North Canal Street, Suite 1208

City/State/Zip Code: Chicago, Illinois 60606

Telephone: (312) 258-8188

Primary Email: Steve@siglaw.com

Secondary Email: Steve@siglaw.com

Tertiary Email: _____

Witness: _____

DOROTHY BROWN JUN 9 2017

DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person)

**Service by Facsimile Transmission will be accepted at:

_____
(Area Code)   (Facsimile Telephone Number)

### DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Page 1 of 1



# Kent County

### Sheriff's Office

*17L 5849*

Jason A. Mollohan
Sheriff, Kent County

555 Bay Rd.
Dover, DE 19901
Phone: 302-736-2161
Fax: 302-736-2164

## SHERIFF'S RETURN

Re: Service Request for Court:  Circuit Court Cook County Illinois

Brian Congdon and Linda Congdon,
                                    Plaintiff,

Vs.

CheapCaribbean.com, Inc. and Apple
Leisure Corporation
                                    Defendant

| | |
|---|---|
| C.A. No.: | 2017L005849 Illinois |
| Sheriff No.: | 17002005 |
| Attorney: | of |
| Firm: | Law Office of Steven A. Sigmond |
| | 345 North Canal Street |
| | Suite 1208 |
| | Chicago, IL 60606 |

Deputy Larry Warner at the Kent County Sheriff's Office, served the within Summons/Complaint upon
Apple Leisure Corporation c/o Registered Agent, USA Corporate Services, Inc. by leaving with Courtney
Dettrey, Secretary a true and correct copy of the said Writ, this day 6/27/2017 at 3500 South Dupont
Highway Dover, DE 19901 .

I declare under penalty of perjury under the laws of the State of Delaware that the foregoing
information contained in the Proof of Service is true and correct.

*Margaret Mangiamele-Orlando*                     *[signature]*

Notary                                                       Jason Mollohan
Executed on 6/28/2017                                 Sheriff of Kent County Delaware

Form: RC-417 Out of State - Substitute
Revised: 12/10/2014

*"Serving Kent County With Pride"*

| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| Summons - Alias Summons | |

(01/25/17) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

BRIAN CONGDON and LINDA CONGDON

(Name all parties)

v.

CHEAPCARIBBEAN.COM, INC., et al.

2017L005849
CALENDAR/ROOM X
TIME 00:00
PI Motor Vehicle

No.

Please Serve: CheapCaribbean.com, Inc.
c/o Agent Cogency Global, Inc.
850 New Burton Road, Suite 201
Dover, DE 19904

## ☑ SUMMONS ☐ ALIAS SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room _____, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Dr.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham 16501
S. Kedzie Pkwy. Markham,
IL 60428

☐ Child Support: 50 W.
Washington, LL-01,
Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☑ Atty. No.: 16131

Name: Steven A. Sigmond

Atty. for: Plaintiffs

Address: 345 North Canal Street, Suite 1208

City/State/Zip Code: Chicago, Illinois 60606

Telephone: (312) 258-8188

Primary Email: Steve@siglaw.com

Secondary Email: Steve@siglaw.com

Tertiary Email: _____

Witness: **DOROTHY BROWN** JUN 9 2022

DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person)

**Service by Facsimile Transmission will be accepted at:

_____
(Area Code)  (Facsimile Telephone Number)

## DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Page 1 of 1



# Kent County

## Sheriff's Office

Jason A. Mollohan
Sheriff, Kent County

555 Bay Rd.
Dover, DE 19901
Phone: 302-736-2161
Fax: 302-736-2164

### SHERIFF'S RETURN

Re: Service Request for Court:  Circuit Court Cook County Illinois

*17L 5849*

| | |
|---|---|
| Brian Congdon and Linda Congdon, Plaintiff, | C.A. No.:  2017L005849 Illinois |
| Vs. | Sheriff No.:  17002005 |
| CheapCaribbean.com, Inc. and Apple Leisure Corporation Defendant | Attorney:  of Firm:  Law Office of Steven A. Sigmond 345 North Canal Street Suite 1208 Chicago, IL 60606 |

Deputy Chris White at the Kent County Sheriff's Office, served the within Summons/Complaint upon CheapCaribbean.com, Inc. c/o Registered Agent, Cogency Global, Inc. by leaving with  Kelly Casey, Receptionist  a true and correct copy of the said Writ, this day 6/27/2017 at 850 New Burton Road Suite 201 Dover, DE 19904 .

I declare under penalty of perjury under the laws of the State of Delaware that the foregoing information contained in the Proof of Service is true and correct.

*Margaret Mangianele-Orlando*

Notary
Executed on

*Jason Mollohan*

Jason Mollohan
Sheriff of Kent County Delaware

Form: RC-417 Out of State - Substitute
Revised: 12/10/2014

*"Serving Kent County With Pride"*



THE LAW OFFICE OF
## STEVEN A. SIGMOND

345 N. Canal, Suite 1208 • Chicago, Illinois 60606 • p (312) 258-8188 f (312) 756-0902 • steve@siglaw.com • www.siglaw.com

June 12, 2017

Sangamon County Sheriff's Office
**Attn: Civil Processing**
One Sheriff's Plaza
Springfield, IL 62701

RE:    Case Name:    Brian Congdon & Linda Congdon v. CheapCaribbean.com, Inc., *et al*
          My Clients:    Brian Congdon & Linda Congdon
          Court No.:    17 L 5849
          Date of Accident:    06/11/15
          My File No.:    2738

Dear Sir or Madam:

I would like you to attempt service of process on the registered agent for one of the defendants in this cause, Apple Vacations, LLC. Enclosed are the following documents:

1.    One (1) original seal stamped Summons and one (1) copy.

2.    Plaintiff's Complaint.

Also enclosed is my check in the amount of $42.00 to cover the cost to serve the Summons and Complaint. If you have any questions concerning this matter, please call me.

Very Truly Yours,

Steven A. Sigmond

SAS/hsd

Enclosures: Summons (2), Complaint, Check & Return Envelope

17-4708

| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| Summons - Alias Summons | **(01/25/17) CCG N001** |

RECEIVED

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

JUN 28 2017

SHERIFF'S OFFICE
RECORD SECTION

BRIAN CONGDON and LINDA CONGDON

(Name all parties)

v.

CHEAPCARIBBEAN.COM, INC., et al.

2017L005849
CALENDAR/ROOM X
TIME 00:00
PI Motor Vehicle

No:

Please Serve: Apple Vacations, LLC
c/o Agent National Corporate Research
600 South 2nd Street, Suite 404
Springfield, IL 62704

### ☒ SUMMONS ☐ ALIAS SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

- ☑ Richard J. Daley Center, 50 W. Washington, Room _____, Chicago, Illinois 60602
- ☐ District 2 - Skokie
  5600 Old Orchard Rd.
  Skokie, IL 60077
- ☐ District 3 - Rolling Meadows
  2121 Euclid
  Rolling Meadows, IL 60008
- ☐ District 4 - Maywood
  1500 Maybrook Dr.
  Maywood, IL 60153
- ☐ District 5 - Bridgeview
  10220 S. 76th Ave.
  Bridgeview, IL 60455
- ☐ District 6 - Markham 16501
  S. Kedzie Pkwy. Markham,
  IL 60428
- ☐ Child Support: 50 W.
  Washington, LL-91,
  Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

FILED 7 JUL-7 AM 10:32 COOK COUNTY CLERK OF CIRCUIT COURT

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

| | |
|---|---|
| ☑ Atty. No.: 16131 | Witness: _____ |
| Name: Steven A. Sigmond | DOROTHY BROWN JUN 9 2017 |
| Atty. for: Plaintiffs | DOROTHY BROWN, Clerk of Court |
| Address: 345 North Canal Street, Suite 1208 | |
| City/State/Zip Code: Chicago, Illinois 60606 | Date of Service: _____ |
| Telephone: (312) 258-8188 | (To be inserted by officer on copy left with Defendant or other person) |
| Primary Email: Steve@siglaw.com | |
| Secondary Email: Steve@siglaw.com | **Service by Facsimile Transmission will be accepted at: |
| Tertiary Email: _____ | _____ |
| | (Area Code) (Facsimile Telephone Number) |

## DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

976059



# SANGAMON COUNTY SHERIFFS OFFICE
"Keeping the Peace Since 1821"

**WES BARR**
#1 Sheriffs Plaza
Springfield, IL 62701

Administration - (217) 753-6855
Civil Process/Records - (217) 753-6846

Investigations - (217) 753-6840
Corrections - (217) 753-6886

SG TRACKING #17- _4708_

I, _Dep. J. Smith_ certify that I served this summons as follows:

☐ Personal service on an individual, by leaving a copy of the summons and complaint with the defendant personally

☐ Abode service on an individual, by leaving a copy of the summons and complaint with a member of the household thirteen (13) years or older, informing said person of the contents thereof, and also by sending a copy of the summons, in a sealed envelope, postage paid, to the individual listed in the summons.

☒ Corporation service, by leaving a copy of the summons and complaint with an agent or officer of the corporation listed in the summons.

☐ Other service, as described below.

Case Number _____

Name of defendant _Nation Corporate Research_

Name of other person
Summons left with _Jennifer Blackwell_          _2/6_

Sex ( M / F ) Race_____ Approx. age _____

Date of Service _7/6 /2017_ Time _____

Date of Mailing _____

Address at which paper was served:
_600 S. 2nd_
_Spfld, IL._

**Service fees (Circle One)  $42.00 or $82.00**

Circle One:    PAID    PAUPER    NO CHARGE

Wesley L. Barr, Sheriff of Sangamon County

By_____, Deputy # _4973_

IN PARTNERSHIP WITH THE COMMUNITY



## SANGAMON COUNTY SHERIFFS OFFICE
*"Keeping the Peace Since 1821"*

*WES BARR*
#1 Sheriffs Plaza
Springfield, IL 62701

Administration - (217) 753-6855
Civil Process/Records - (217) 753-6846

Investigations - (217) 753-6840
Corrections - (217) 753-6886

# AFFIDAVIT OF CONSTRUCTIVE SERVICE

I, _____ have attempted service on the following:

_____        _____

**Defendant(s)**                              **Address**

Case # _____.          **Sheriff's FEE $ $42.00 / $82.00** (Circle one)

*Circle One-*   PAID      PAUPER      NO CHARGE

1. _____ / _____ 2017 @ _____ AM/PM        6. _____ / _____ 2017 @ _____ AM/PM

2. _____ / _____ 2017 @ _____ AM/PM        7. _____ / _____ 2017 @ _____ AM/PM

3. _____ / _____ 2017 @ _____ AM/PM        8. _____ / _____ 2017 @ _____ AM/PM

4. _____ / _____ 2017 @ _____ AM/PM        9. _____ / _____ 2017 @ _____ AM/PM

5. _____ / _____ 2017 @ _____ AM/PM        10. _____ / _____ 2017 @ _____ AM/PM

Service was unable to be made due to:_____

_____

_____

**CIVIL PROCESS OFFICER check one or more that may apply:**

( ) Not at address given                      ( ) No longer at place of employment
( ) Checked all addresses given, not located  ( ) Summons Expired (state reason above)
( ) Not Registered Agent                      ( ) Vacant Property
( ) Actively Avoiding Service                 ( ) Card left, no response
( ) Insufficient Time for Proper Service      ( ) No Show by Landlord
( ) Abandoned Property
( ) Landlord took possession of property prior to Sheriff's Office arrival.
( ) Other (explain above).                    ( ) Defendant moved

SG TRACKING NUMBER: _____      _____

                                              **Name ID Number**

IN PARTNERSHIP WITH THE COMMUNITY

# Exhibit B



Privacy Policy   Frequently Asked Questions   View Search Results   Summary of Charges   Logout

# Entity Details

| File Number: | 2917548 | Incorporation Date / Formation Date: | 07/08/1998 (mm/dd/yyyy) |
|---|---|---|---|
| Entity Name: | APPLE LEISURE CORPORATION | | |
| Entity Kind: | CORPORATION | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |
| Status: | VOID | Status Date: | 03/01/2000 |

## TAX INFORMATION

| Last Annual Report Filed: | 1999 | Tax Due: | $ 52.40 |
|---|---|---|---|
| Annual Tax Assessment: | $ 0.00 | Total Authorized Shares: | 1,500 |

## REGISTERED AGENT INFORMATION

| Name: | USA CORPORATE SERVICES INC. | | |
|---|---|---|---|
| Address: | 3500 S DUPONT HWY | | |
| City: | DOVER | County: | KENT |
| State: | DE | Postal Code: | 19901 |
| Phone: | (800)891-7432 | | |

## FILING HISTORY (Last 5 Filings)

| Seq | Document Code | Description | No. of pages | Filing Date (mm/dd/yyyy) | Filing Time | Effective Date (mm/dd/yyyy) |
|---|---|---|---|---|---|---|
| 1 | 0102S | Incorp Delaware Stock Co. | 1 | 07/08/1998 | 09:00 | 07/08/1998 |

Back to Entity Search

To contact a Delaware Online Agent click here.



https://delecorp.delaware.gov/tin/FieldDesc.jsp#FILING HISTORY FILING TIME